IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SABINA TOTTY )
)
v. ) No. 3-11-0761
)
NELSON HIRSCH & ASSOCIATES, )
INC. )

O R D E R

On September 8, 2011, the plaintiff filed a notice of settlement (Docket Entry No. 6).

As a result, the initial case management conference, scheduled on September 26, 2011, is CANCELLED.

By October 11, 2011, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order of dismissal to be filed by October 11, 2011.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is also directed to mail a copy of this order to the defendant at 25B W Broad Street, Fairburn GA 30213, and 1510 Hwy 74, Suite 219, Tyrone, GA 30290, both by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge